UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
LISSETTE DIAZ,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 15-546 S
                                    )
NANCY A. BERRYHILL[1], Acting       )
Commissioner of Social Security,    )
                                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

    Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on February 14, 2017 (ECF No. 19), recommending that Plaintiff's Motion to Reverse the Decision of the Commissioner of Social Security (ECF No. 13) be denied and that Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 16) be granted.  Having heard no objections and having carefully reviewed Plaintiff's Motion to Reverse the Decision of the Commissioner, Defendant's Motion for

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill has been substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this action.

an Order Affirming the Decision of the Commissioner, and the R&R, the Court ACCEPTS the R&R and adopts the recommendations therein. The Commissioner's decision denying Disability Insurance Benefits and Social Security Insurance under the Social Security Act is hereby AFFIRMED, and final judgment shall enter in favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  March 15, 2017